Marvin TERRY v. STATE.

8 Div. 525.

Court of Appeals of Alabama.
Feb. 16, 1932.

BRICKEN, P. J.
Affirmed.

Casto THOMAS v. STATE.

8 Div. 343.

Court of Appeals of Alabama.
Feb. 9, 1932.

BRICKEN, P. J.
Affirmed.

Lee THOMAS v. Florrie McLEAN, Adm'x.

8 Div. 331.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

Ada THOMPSON v. STATE.

8 Div. 522.

Court of Appeals of Alabama.
Feb. 16, 1932.

H. H. Hamilton and Wm. Stell, both of Russellville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.
Affirmed.

Elmer THOMPSON v. STATE.

8 Div. 599.

Court of Appeals of Alabama.
Feb. 7, 1933.

RICE, Judge.
Affirmed.

Mary THORNTON v. STATE.

6 Div. 137.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Affirmed.

Reuben THURMAN v. STATE.

7 Div. 884.

Court of Appeals of Alabama.
June 7, 1932.

McCord & McCord, of Gadsden, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.